

**IN THE**
**TENTH COURT OF APPEALS**

_____

**No. 10-10-00230-CV**

**IN RE TODD-WARREN ALTSCHUL**

_____

**Original Proceeding**

_____

**MEMORANDUM OPINION**

The petition for writ of mandamus is denied.

FELIPE REYNA
Justice

Before Chief Justice Gray,
        Justice Reyna, and
        Justice Davis
Petition denied
Opinion delivered and filed July 7, 2010
[OT06]